IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN ALLEN MAZURAK,

      Plaintiff,                               No. CIV S- 03-2114 GEB GGH P

     vs.

CA. DEPT. OF JUSTICE, et al.,

      Defendants.               <u>ORDER</u>

/

        Both parties have motions for summary judgment pending in this civil rights action, filed in October 2005. Plaintiff moves the court to vacate the pretrial conference and trial dates in this action until the dispositive motions are adjudicated.

        Accordingly, IT IS ORDERED that:

        1. Plaintiff's December 27, 2005 motion is granted;

        2. The dates for the pretrial conference, currently set for January 27, 2006, and the trial, currently set for April 18, 2006, are hereby vacated pending adjudication of the parties' motions for summary judgment, the dates to be re-set if appropriate; and

\\\\\

\\\\\

\\\\\

1

3. The parties are relieved at this time of the requirement to file their pretrial statements.

DATED: 1/6/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
mazu2114.vac